UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09700
    KIMBERLY M BLUITT
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2655

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/19/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESCAP MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| RESCAP MORTGAGE | MORTGAGE ARRE | 7991.62 | .00 | .00 |
| U S BANK HOME MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| U S BANK HOME MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| MIDWAY SQUARE DENTAL CEN | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1042.28 | .00 | .00 |
| AT & T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MIDWEST EMERGENC | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 262.29 | .00 | .00 |
| HYUNDAI MOTOR FINANCE CO | UNSECURED | 12428.11 | .00 | .00 |
| HOLY CROSS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 70.00 | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| HOLY CROSS NEIGHBORHOOD | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| NBGL CARSONS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 3602.78 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4771.48 | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PERFORMANCE FINANCIAL NL | UNSECURED | NOT FILED | .00 | .00 |
| PERFORMANCE FINANCIAL NL | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1043.59 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09700 KIMBERLY M BLUITT

```
COOK COUNTY TREASURER     SECURED       2048.67              .00          136.56
LASALLE BANK NATIONAL     NOTICE ONLY   NOT FILED            .00             .00
CODILIS & ASSOCIATES      NOTICE ONLY   NOT FILED            .00             .00
US BANK NA                NOTICE ONLY   NOT FILED            .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY   2,140.00                        1,888.07
TOM VAUGHN                TRUSTEE                                         158.37
DEBTOR REFUND             REFUND                                            .00
```

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,183.00

PRIORITY                                         .00
SECURED                                       136.56
UNSECURED                                        .00
ADMINISTRATIVE                              1,888.07
TRUSTEE COMPENSATION                          158.37
DEBTOR REFUND                                    .00
                        ---------------   ---------------
TOTALS                    2,183.00           2,183.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE